# MEMORANDUM DECISIONS.

ADAMS v. ARKENBURGH. (Supreme Court, Appellate Division, First Department. March 13, 1896.) Action by Robert H. A. Adams against Eliza J. Arkenburgh, individually, etc., impleaded. No opinion. Judgment affirmed with costs, on opinion in Allen v. Arkenburgh (Sup.) 37 N. Y. Supp. 1032.

AMERICAN SURETY CO., Respondent, v. CROW, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1896.) Action by the American Surety Company against Moses R. Crow, impleaded, etc. F. Bien, for appellant. J. J. Crawford, for respondent. No opinion. Order affirmed with $10 costs and disbursements.

BAMBERGER, Appellant, v. MANHATTAN RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 17, 1896.) Action by Max Bamberger against the Manhattan Railway Company. W. W. Badger, for appellant. Davies, Short & Townsend, for respondent.

PER CURIAM. The facts in this case are not in all respects the same as they were in the Otten Case, lately decided by this court (37 N. Y. Supp. 982); but the principle upon which the reversal in the latter case proceeded is applicable to these facts. The variations are not sufficiently important to affect the result. The judgment should therefore be reversed, and a new trial granted, with costs to the appellant to abide the event.

BANK OF THE METROPOLIS v. FABER. (Supreme Court, Appellate Division, First Department. March 6, 1896.) Action by the Bank of the Metropolis against Eberhard Faber. No opinion. Motion granted. See 37 N. Y. Supp. 423.

BANK OF THE METROPOLIS v. FABER. HOLMES, BOOTH & HAYDEN v. SAME. LEONARD et al. v. SAME. (Supreme Court, Appellate Division, First Department. April 10, 1896.) Actions by the Bank of the Metropolis, Holmes, Booth & Hayden, and Charles H. Leonard and others against Eberhard Faber. D. M. Porter, for appellant. Thomson & Allen, for Faber. No opinion. Motion granted. See 37 N. Y. Supp. 423, 427.

BENTLEY, Respondent, v. BROOKLYN EL. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1896.) Action by George S. Bentley against the Brooklyn Elevated Railroad Company. No opinion. Judgment affirmed, with costs. All concur.

BOEDICKER et al. v. WESTCHESTER FIRE INS. CO. (Supreme Court, Appellate Division, First Department. April 24, 1896.) Action by Henry Boedicker and others against the Westchester Fire Insurance Company. No opinion. Motion denied, on payment of $10 costs. Motion may be renewed at the May term.

BOLSTER, Appellant, v. MAYOR, ETC., OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department, April 24, 1896.) Action by Honora Bolster against the mayor, etc., of the city of New York. J. B. Hands, for appellant. T. Connoly, for respondent.

PER CURIAM. This case is within the principle of Foley v. Mayor, etc., 1 App. Div. 586, 37 N. Y. Supp. 465, and should be affirmed on the authority of that case. In that case, as in this, the plaintiff had been examined under the authority of section 123 of the consolidation act; but the parol notice given at the time of that examination was not thought to be sufficient notice of the intention to sue, to permit a recovery. The same rule must be applied here. Judgment affirmed, with costs.

In re BROOK AVE. (Supreme Court, Appellate Division, First Department. March 13, 1896.) In the matter of Brook avenue. No opinion. Motion denied.

BRUSH, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 28, 1896.) Action by John V. Brush against the Long Island Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

BURBRIDGE, Respondent, v. KILGANNON et al., Appellants. (City Court of New York, General Term. January 28, 1896.) Action by James Burbridge against William H. Kilgannon and others. Louis J. Grant, for appellants. McIntyre & Settell, for respondent. No opinion. Motion for reargument denied. See 35 N. Y. Supp. 1022.

BURTON, Respondent, v. D. G. BURTON CO., Appellant (twenty-two cases). (Supreme Court, Appellate Division, Second Department. April 28, 1896.) Action by Isabella M. Burton against the D. G. Burton Company, and twenty-one other cases. No opinion. Order modified by reducing the amount specified in the order to the sum of $946.45. So modified, the order is affirmed, without costs. All concur.

BUTCHER, Respondent, v. ATLANTIC AVE. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21,